UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thoth SUN,<br><br>　　　　　　　　　　Petitioner,<br><br>v.<br><br>Kristi NOEM et al.,<br><br>　　　　　　　　　　Respondents. | Case No.: 3:25-cv-2433-CAB-MMP<br><br>**ORDER ON JOINT MOTION TO SET DEADLINES**<br><br>[Doc. No. 4] |

Having considered the parties' Joint Motion to Set Deadlines, [Doc. No. 4], and good cause appearing, the Court **GRANTS** the motion and **VACATES** the Court's September 18, 2025 Order to Respond, [Doc. No. 2]. To the extent Petitioner files an amended petition and motion for temporary restraining order by **September 23, 2025**, Respondents' response will be due by **September 25, 2025**.

It is **SO ORDERED**.

Dated: September 19, 2025

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Hon. Cathy Ann Bencivengo
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge