UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOTH SUN,<br><br>　　　　　　　　　Petitioner,<br><br>v.<br><br>KRISTI NOEM, Secretary, Department of Homeland Security; PAM BONDI, Attorney General; TODD LYONS, Executive Associate Director of ICE Enforcement and Removal Operations (ERO); GREGORY J. ARCHAMBEAULT, Director, San Diego Field Office, Immigration and Customs Enforcement; CHRISTOPHER J. LAROSE, Warden, Otay Mesa Detention Center.<br><br>　　　　　　　　　Respondents. | Case No.: 3:25-cv-02433-CAB-MMP<br><br>**ORDER REGARDING PETITIONERS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>[Doc. No. 7] |

　　　Pending before the Court is Petitioner's Ex Parte Application for Temporary Restraining Order ("TRO") and Order to Show Cause Re: Preliminary Injunction. [Doc. No. 7.] Based on the record before the Court, the Court **ORDERS** that **by September 30, 2025 at 10 AM PST** both parties submit supplemental declarations providing the exact

1

dates when Petitioner was ordered removed, when the order became final, and each time Petitioner has been taken into and released from immigration custody.

**IT IS SO ORDERED.**

Dated: September 26, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge