UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thoth SUN,<br><br>                       Petitioner,<br><br>v.<br><br>Kristi NOEM et al.,<br><br>                      Respondents. | Case No.: 3:25-cv-2433-CAB-MMP<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING**<br><br>[Doc. No. 16] |

Having considered the parties' Joint Motion to Continue Hearing on Order to Show Cause, [Doc. No. 16], and good cause appearing, the Court **GRANTS** the motion and **VACATES** the hearing set for October 10, 2025. The Court sets the hearing on the Order to Show Cause for **October 14, 2025 at 10:00 AM** in Courtroom 15A. The Court **GRANTS** Petitioner's counsel's request to appear via videoconference. A forthcoming minute order will provide the videoconference link.

It is **SO ORDERED**.

Dated: October 2, 2025

                                                Hon. Cathy Ann Bencivengo
                                                United States District Judge