UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOTH SUN,<br><br>    Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>    Respondents. | Case No.: 25-cv-2433-CAB-MMP<br><br>**ORDER GRANTING JOINT MOTION TO VACATE HEARING ON ORDER TO SHOW CAUSE AND REQUIRING JOINT STATUS REPORT** |

    Having considered the parties' Joint Motion to Vacate Hearing on Order to Show Case, and good cause appearing, the Court **GRANTS** the motion. The Court **VACATES** the <u>**October 14, 2025**</u> hearing on the Court's Order to Show Cause as to whether a preliminary injunction should issue.  No later than November 10, 2025, the parties are required to file a joint status report as to whether the Government is required to file a response to Petitioner's habeas petition. Immigration and Customs Enforcement (ICE) may not re-detain Petitioner unless his removal to Cambodia becomes immediately feasible with a valid travel document, he violates one or more terms of the conditions of his release, or another lawful basis for his detention arises. Additionally, at such time removal becomes immediately feasible or

required as described above, ICE must provide Petitioner with notice of removal as required under *Chhoeun v. Marin*, 17-cv-1989-CJC-GJS, ECF No. 336 (Apr. 27, 2020).

**IT IS SO ORDERED.**

DATED: October 14, 2025

_____
Hon. Cathy Ann Bencivengo
United States District Judge