# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOTH SUN, | Case No.: 25-cv-2433-CAB-MMP |
| Petitioner, | **ORDER REQUIRING JOINT STATUS REPORT** |
| v. | |
| KRISTI NOEM, et al., | |
| Respondents. | |

Having considered the parties' Joint Status Report, [Doc. No. 22], and good cause appearing, the Court **ORDERS** a further status update no later than **December 10, 2025** addressing whether the Government is required to file a response to Petitioner's habeas petition.

Immigration and Customs Enforcement (ICE) may not re-detain Petitioner unless his removal to Cambodia becomes immediately feasible with a valid travel document, he violates one or more terms of the conditions of his release, or another lawful basis for his detention arises. Additionally, at such time removal becomes immediately feasible, ICE

must provide Petitioner with notice of removal as required under *Chhoeun v. Marin*, 17-cv-1989-CJC-GJS, ECF No. 336 (Apr. 27, 2020).

It is **SO ORDERED.**

Dated: November 12, 2025

Hon. Cathy Ann Bencivengo
United States District Judge