UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOTH SUN,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>Respondents. | Case No.: 25-cv-2433-CAB-MMP<br><br>**ORDER REQUIRING JOINT STATUS REPORT** |

Having considered the parties' Joint Status Report, [Doc. No. 24], and good cause appearing, the Court **ORDERS** a further status update no later than **January 6, 2026**.

By that time, the parties will have had nearly three months to negotiate and finalize an extrajudicial resolution. Moreover, Respondents have continued to represent that (1) Immigration and Customs Enforcement ("ICE") will not re-detain Petitioner unless his removal to Cambodia becomes immediately feasible with a valid travel document, he violates one or more terms of the conditions of his release, or another lawful basis for his detention arises; and (2) at such time removal becomes immediately feasible or required as described above, ICE will provide Petitioner with notice of removal as required under *Chhoeun v. Marin*, 17-cv-1989-CJC-GJS, ECF No. 336 (Apr. 27, 2020). [*See* Doc. Nos. 20, 22, 24.] Given these facts, if the parties have not finalized an extrajudicial resolution by

January 6, 2026, Respondents are instead **ORDERED TO SHOW CAUSE** on that date as to why the Court should not do the following:

(1) Grant the habeas petition.

(2) Enjoin Respondents from re-detaining Petitioner unless his removal to Cambodia becomes immediately feasible with a valid travel document, he violates one or more terms of the conditions of his release, or another lawful basis for his detention arises.

(3) Enjoin Respondents from re-detaining Petitioner once his removal to Cambodia becomes immediately feasible with a valid travel document unless ICE provides Petitioner with notice of removal as required under *Chhoeun v. Marin*, 17-cv-1989-CJC-GJS, ECF No. 336 (Apr. 27, 2020).

(4) Close the case.

It is **SO ORDERED.**

Dated: December 11, 2025

Hon. Cathy Ann Bencivengo
United States District Judge