UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOTH SUN,<br><br>       Petitioner,<br><br>v.<br><br>KRISTI NOEM, et al.,<br><br>       Respondents. | Case No.: 25-cv-2433-CAB-MMP<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS WITH PREJUDICE**<br><br>[Doc. No. 27] |

  On February 20, 2026, the parties filed a joint motion to dismiss this case with prejudice against all defendants.  [Doc. No. 27.]  The joint motion is **GRANTED**.  This case is **HEREBY DISMISSED WITH PREJUDICE** against all defendants.  The Clerk of the Court shall close the case.

  It is **SO ORDERED**.

Dated:  February 23, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

1

25-cv-2433-CAB-MMP